# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 12, 2025
Lyle W. Cayce
Clerk

No. 23-50731

United States of America,

*Plaintiff—Appellee*,

versus

Luis Manuel Banuelos,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-903-1

ORDER:

IT IS ORDERED that Appellee's unopposed motion to stay further proceedings until a panel opinion is issued in our case No. 24-60436, *United States v. Hembree*, is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT